UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EUGENE ANTHONY LINDER, | ) | |
| | ) | 10-16407 |
| Petitioner - Appellant, | ) | |
| | ) | |
| v. | ) | 3:07-cv-00425-HDM-RAM |
| | ) | |
| BILL DONAT and NEVADA | ) | |
| ATTORNEY GENERAL, | ) | ORDER |
| | ) | |
| Respondents - Appellees. | ) | |
| | ) | |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in Case Number 10-16407, the Federal Public Defender's Office at 411 E. Bonneville Avenue, Suite 250, Las Vegas, Nevada 89101, is hereby appointed counsel under the Criminal Justice Act to Petitioner - Appellant. Assistant Federal Public Defender Paul G. Turner, Esq. (702-388-5149), has been assigned to represent petitioner. Pursuant to the order of the United States Court of Appeals, the Clerk of this Court is directed to notify the Clerk for the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2010.

**HOWARD D. McKIBBEN**
**SENIOR UNITED STATES DISTRICT JUDGE**